# Third District Court of Appeal
## State of Florida

Opinion filed July 16, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D25-2243 & 3D26-0130
Lower Tribunal No. 12-128234-CC-05

_____

**Eulalia Cohen,**
Appellant,

vs.

**Joan Rodriguez,**
Appellee.

Appeals from a non-final order from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Eulalia Cohen, in proper person.

Giorgio L. Ramirez, P.A., and Giorgio L. Ramirez, for appellee.

Before FERNANDEZ, LOGUE, and MILLER, JJ.

PER CURIAM.

Affirmed.